1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   VANCE S. ELLIOTT,                              No. C 07-80071 WHA

11                    Plaintiff,

12        v.                                        **ORDER DENYING LEAVE**
                                                    **TO PROCEED**
13   THE PRESIDENT AND DIRECTORS OF
     THE VA HOSPITAL OF FORT MILEY,
14
                     Defendant.
15   _____/

16

17        By order filed February 15, 2006, Judge Marilyn Hall Patel of this district deemed

18   plaintiff a vexatious litigant (No. C 04-1600 MHP Doc. No. 36).  He is required to obtain leave

19   of court before filing any new complaint related to claims in that action.  Leave of court is

20   **DENIED** due to the Court's inability to determine whether the claims asserted in connection with

21   the instant action are the subject of or are related to the claims previously asserted by plaintiff.

22        To the extent he sues under the Federal Tort Claims Act, plaintiff also cannot state a

23   claim.  In the instant action, plaintiff appended a notice dated February 28, 2007, from the

24   Department of Veterans Affairs Regional Counsel.  That notice indicated that its investigation

25   into the allegations that plaintiff was harmed by the negligence of VA employees was without

26   merit.  The notice advised him of his right to sue under the FTCA within six months of the

27   notice.  Apparently plaintiff has attempted to do so with this suit.  Under the FTCA, only the

28   United States is a proper defendant.  "[I]ndividual agencies of the United States may not be

     sued." *Allen v. Veterans Admin.*, 749 F.2d 1386, 1388 (9th Cir. 1984).  Here plaintiff names as

**United States District Court**
For the Northern District of California

a defendant "The President and Directors of the VA Hospital of Fort Miley."  Plaintiff cannot

sustain an action under the FTCA against this person.  Plaintiff's case is dismissed for this

reason as well.

    **IT IS SO ORDERED.**


Dated:  March 16, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California